HARRY G. ANDERSON and Others, Copartners, Doing Business as ANDERSON, PHILLIPS & MOSS, Respondents, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

First Department, March 24, 1933.

*William J. McArthur*, for the appellant.

*Joseph H. Stein* of counsel [*B. Hoffman Miller*, attorney], for the respondents.

PER CURIAM. In view of the decision of this court in *Matter of Anderson* v. *U. S. Fidelity & Guaranty Co.* (238 App. Div. 48), handed down herewith, the order denying defendant's motion to dismiss the complaint should be reversed and said motion granted, without costs.

Present — FINCH, P. J., MERRELL, O'MALLEY, SHERMAN and TOWNLEY, JJ.; MERRELL, J., dissents and votes for affirmance.

Order reversed and motion granted, without costs.